UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| BMW MEDICAL, INC. | CIVIL ACTION NO. 14-3338 |
| VS. | JUDGE HICKS |
| XON HOLDINGS, LLC (D/B/A/ (RECIPION), KEVIN JONES, ALPHA GENOMIX LABORATORIES, INC., AND PAUL WESLEY WARRINGTON | MAGISTRATE JUDGE HORNSBY |

**ANSWER TO COUNTERCLAIM**

NOW INTO COURT, through undersigned counsel, comes plaintiff BMW Medical, Inc., which for its answer to the counterclaim of defendants, XON Holdings, LLC, and Kevin Jones, states the following:

1.

The allegations of paragraph 1 of the counterclaim are admitted.

2.

The allegations of paragraph 2 of the counterclaim are admitted.

3.

The allegations of paragraph 3 of the counterclaim are denied except to admit that Kevin Jones executed an Independent Contractor Agreement with BMW Medical, Inc., on or about November 2013.

4.

The allegations of paragraph 4 of the counterclaim are denied except to admit that the referenced agreement is the best evidence of its own contents.

5.

The allegations of paragraph 5 of the counterclaim are denied.

6.

The allegations of paragraph 6 of the counterclaim are denied.

7.

The allegations of paragraph 7 of the counterclaim are denied.

8.

The allegations of paragraph 8 of the counterclaim are denied.

9.

The allegations of paragraph 9 of the counterclaim are denied.

10.

The allegations of paragraph 10 of the counterclaim are denied.

11.

The allegations of paragraph 11 of the counterclaim are denied.

12.

The responses and affirmative defenses purportedly incorporated by reference by paragraph 12 of the counterclaim are denied.

13.

The corporate disclosure statement filed on behalf XON Holdings, LLC, on April 13, 2015 (record document no. 30) indicates that XON Holdings was dissolved on August 22, 2008.

IF XON Holdings, LLC, did not exist when Kevin Jones signed the November 2013 Independent Contractor Agreement with BMW Medical, Inc., the only parties to that agreement are Kevin Jones and BMW Medical, Inc., and XON Holdings, LLC, has neither standing nor capacity to prosecute a claim against BMW Medical, Inc.

WHEREFORE, plaintiff BMW Medical, Inc., prays that after due proceedings are had, the counterclaim of defendants, XON Holdings, LLC, and Kevin Jones, be dismissed at their cost, and that the Court grant BMW Medical, Inc., all other relief to which it is entitled.

Respectfully submitted,

**NICKELSON LAW PLLC**

/s/ John C. Nickelson

John C. Nickelson #32214
400 Travis Street, Suite 330
Shreveport, LA 71101
Telephone: (318) 200-0673
Facsimile: (318) 300-4762
john.nickelson@nickelsonlaw.com

ATTORNEY FOR PLAINTIFF BMW MEDICAL, INC.

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing answer through the Court's CM/ECF system, which will provide electronic notification of the filing to counsel for all parties.

Shreveport, Louisiana this 16th day of April, 2015.

/s/ John C. Nickelson
OF COUNSEL